In the Matter of Proving the Will of HENRY W. TIBBITTS, Deceased.

GEORGE TIBBITTS, Appellant; ALICE E. TIBBITTS, Respondent.

*Matter of Tibbitts*, 136 App. Div. 906, affirmed.
(Argued April 27, 1911; decided May 16, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 1, 1909, which affirmed an order of the court at a Trial Term denying a motion to set aside a verdict answering certain questions as to the validity of the will of Henry W. Tibbitts, deceased, and for a new trial.

*Homer Weston* and *Waldo Weston* for appellant.

*Frank R. Walker* for respondent.

Order affirmed, with costs; no opinion.
Concur: GRAY, HAIGHT, WERNER and HISCOCK, JJ. Dissenting: CULLEN, Ch. J., VANN and COLLIN, JJ.